NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDA C. ARMSTEAD,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1310

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-00991-SSS, Judge Stephen S. Schwartz.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>February 15, 2023</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 15, 2023